**08 CV 3382**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE GRIESA**

-----------------------------------------------------------x

ORION SEAFOOD INTERNATIONAL, INC. and, its
subrogated insurers, AMERICAN HOME
ASSURANCE COMPANY,

ECF Filing

                        Plaintiffs,

    - against -

H & H TRUCKING INC.,

                        Defendant.

08 CV        (    )

**LOCAL RULE 7.1 STATEMENT**

APR 07 2008
U.S.D.C. S.D.N.Y.
CASHIERS

-----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Orion Seafood International, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

None.

                                        McDERMOTT & RADZIK, LLP

By: _____
      Daniel G. McDermott (DM-3449)
      Wall Street Plaza
      88 Pine Street – 21st Floor
      New York, New York 10005-1801
      (212) 376-6400
      Our File: 7-07-7046/47 DGM/CEB

Dated: New York, New York
          April 2, 2008