**MCDERMOTT & RADZIK, LLP**
Daniel G. McDermott (DM-3449)
Carolyn Elizabeth Bundy (CM-1464)
Wall Street Plaza
88 Pine Street – 21st Floor
New York, New York 10005-1801
(212) 376-6400
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ORION SEAFOOD INTERNATIONAL, INC., and its subrogated insurers, AMERICAN HOME ASSURANCE COMPANY,

                    Plaintiffs.

  - against -

H & H TRUCKING INC.,

                    Defendant.

-------------------------------------------------------------X

**ECF CASE**

08 CV 3382 (TPG)

**NOTICE OF VOLUNTARY DISMISSAL**

      PLEASE TAKE NOTICE that the above captioned action is hereby voluntarily dismissed without prejudice and that this notice is filed pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts.

                              NO ANSWER HAS BEEN FILED.

Dated: New York, New York
June 11, 2008

        McDERMOTT & RADZIK, LLP
        Attorneys for Plaintiffs

By: /s/ Carolyn Elizabeth Bundy
_____
Daniel G. McDermott (DM-3449)
Carolyn Elizabeth Bundy (CM-1464)
Wall Street Plaza
88 Pine Street – 21st Floor
New York, New York  10005-1801
(212) 376-6400