NM

Copies/T

McDERMOTT & RADZIK, LLP
Daniel G. McDermott (DM-3449)
Carolyn Elizabeth Bundy (CM-1464)
Wall Street Plaza
88 Pine Street – 21st Floor
New York, New York 10005-1801
(212) 376-6400
Attorneys for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

ORION SEAFOOD INTERNATIONAL, INC., and its subrogated insurers, AMERICAN HOME ASSURANCE COMPANY,

                      Plaintiffs,

   - against -

H & H TRUCKING INC.,

                      Defendant.

-------------------------------------------------------X

ECF CASE

08 CV 3382 (TPG)

**NOTICE OF VOLUNTARY DISMISSAL**

    PLEASE TAKE NOTICE that the above captioned action is hereby voluntarily dismissed without prejudice and that this notice is filed pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts.

NO ANSWER HAS BEEN FILED.

So ordered.
[signature]
USDJ
Part I

Dated:  New York, New York
        June 13, 2008

                    McDERMOTT & RADZIK, LLP
                    Attorneys for Plaintiffs

        By: *[signature]*
                    Daniel G. McDermott (DM-3449)
                    Carolyn Elizabeth Bundy (CM-1464)
                    Wall Street Plaza
                    88 Pine Street – 21st Floor
                    New York, New York 10005-1801
                    (212) 376-6400